STATE of Missouri, Respondent,

v.

**Kyle T. BABER, Appellant.**

**Kyle T. Reece BABER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 65779, 67491.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 29, 1995.

Steven J. Harris, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

### *ORDER*

PER CURIAM.

Defendant appeals the judgment entered after his conviction by jury of second degree

---

assault. Defendant also appeals the denial, without an evidentiary hearing, of his Rule 29.15 motion. No jurisprudential purpose would be served by a written opinion. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).